# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wheeler, Thomas C. | U.S. Court of Federal Claims | 05/11/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

U.S. Court of Federal Claims
717 Madison Place, N.W.
Washington, DC 20439

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2006 | DLA Piper Retirement Trust Plan with former law firm, no control. |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 05/11/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | DLA Piper Law Firm Retirement Plan. | $7,588.56 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 05/11/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wheeler, Thomas C.** | 05/11/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. SIT Tax Exempt Bond Mutual Fund | B | Dividend | K | T | | | | | |
| 3. Bank of America (cash) | A | Interest | K | T | | | | | |
| 4. Potomac Cliffs at Watson House Real Estate Partnership | | None | K | R | | | | | |
| 5. Hartford Life Second-to-Die Whole Life Insurance Policy | | None | M | T | | | | | |
| 6. Commonwealth Annuity Whole Life Policy | | None | K | T | | | | | |
| 7. Brokerage Account #1 (H) | | | | | | | | | |
| 8. Morgan Stanley Bank NA (Cash) (X) | A | Interest | J | T | | | | | |
| 9. Altria Group Common Stock (MO) | A | Dividend | J | T | | | | | |
| 10. Daimler AG Common Stock (DDAIF) | A | Dividend | J | T | | | | | |
| 11. Davis New York Venture A (NYVTX) | C | Dividend | K | T | | | | | |
| 12. Brokerage Account #2 (H) | | | | | | | | | |
| 13. Citigroup Common Stock (C) | A | Dividend | J | T | | | | | |
| 14. Clearbridge All Cap Value A (SHFVX) | A | Dividend | K | T | | | | | |
| 15. Brokerage Account #3 (H) | | | | | | | | | |
| 16. Morgan Stanley Bank NA (cash) | A | Interest | J | T | | | | | |
| 17. 3M Common Stock (MMM) | D | Dividend | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 05/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Alphabet, Inc. Common Stock (GOOG) | | None | M | T | | | | | |
| 19. American Express Common Stock (AXP) | B | Dividend | M | T | | | | | |
| 20. Apple Common Stock (AAPL) | A | Dividend | L | T | | | | | |
| 21. Bank of America Common Stock (BAC) | B | Dividend | L | T | | | | | |
| 22. Blackstone Group LP (BX) | A | Dividend | | | Sold | 06/19/19 | K | | |
| 23. Bristol Myers Squibb Common Stock (BMY) | B | Dividend | L | T | | | | | |
| 24. Carnival CP New Paired Com (CCL) | A | Dividend | K | T | Buy | 06/24/19 | K | | |
| 25. Cisco Systems Common Stock (CSCO) | B | Dividend | L | T | | | | | |
| 26. Comcast Common Stock (CMCSA) | C | Dividend | M | T | | | | | |
| 27. Emerson Electric Common Stock (EMR) | B | Dividend | K | T | | | | | |
| 28. Halliburton Common Stock (HAL) | B | Dividend | K | T | | | | | |
| 29. Home Depot Common Stock (HD) | C | Dividend | M | T | | | | | |
| 30. Service PPTYS Tr Sh Ben Int (SVC) | C | Dividend | L | T | Buy (add'l) | 03/18/19 | J | | |
| 31. | | | | | Buy (add'l) | 04/24/19 | K | | |
| 32. J.P. Morgan Chase Common Stock (JPM) | C | Dividend | M | T | | | | | |
| 33. Marriott Int'l Common Stock (MAR) | B | Dividend | M | T | | | | | |
| 34. Microsoft Common Stock (MSFT) | B | Dividend | M | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 05/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Mondelez Int'l Inc (MDLZ) | A | Dividend | K | T | | | | | |
| 36. Newell Brands Inc. (NWL) | | None | | | Sold | 01/03/19 | J | | |
| 37. Pepsico Common Stock (PEP) | C | Dividend | M | T | | | | | |
| 38. Pfizer Inc. (PFE) | C | Dividend | L | T | | | | | |
| 39. Philip Morris Int'l Common Stock (PM) | B | Dividend | K | T | | | | | |
| 40. Southwest Airlines Common Stock (LUV) | A | Dividend | L | T | | | | | |
| 41. TE Connectivity Ltd. New (TEL) | A | Dividend | K | T | | | | | |
| 42. Verizon Common Stock (VZ) | B | Dividend | L | T | | | | | |
| 43. Viacom Inc New (VIAB) | A | Dividend | | | Buy (add'l) | 09/25/19 | K | | |
| 44. | | | | | Merged (with line 45) | 12/05/19 | K | | |
| 45. Viacomcbs Inc CL B (VIAC) (X) | | None | L | T | | | | | |
| 46. Walmart Common Stock (WMT) | C | Dividend | M | T | | | | | |
| 47. Walt Disney Common Stock (DIS) | | None | M | T | | | | | |
| 48. Williams Co Inc (WMB) | D | Dividend | L | T | Buy (add'l) | 01/03/19 | K | | |
| 49. Apollo Investment Common Stock (AINV) | B | Dividend | J | T | | | | | |
| 50. Cohen & Steers Infrastructure Fund (UTF) | B | Dividend | | | Sold | 07/10/19 | K | D | |
| 51. DBX ETF TR Xtrack MSCI Europe Fund (DBEU) | | None | | | Sold | 02/07/19 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wheeler, Thomas C.** | 05/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Eaton Vance LTD Duration Income Fund (EVV) | B | Dividend | K | T | | | | | |
| 53. Gabelli Div & INCM TR (GDV) | C | Dividend | L | T | Buy | 02/07/19 | K | | |
| 54. | | | | | Redeemed (part) | 10/28/19 | J | | |
| 55. Kayne and Midstream/Engy Fd (KMF) | B | Dividend | K | T | | | | | |
| 56. New Germany Fund (GF) | E | Dividend | K | T | Sold (part) | 04/24/19 | M | | |
| 57. Financial Sel Sect SPDR Fund (XLF) | B | Dividend | L | T | | | | | |
| 58. ACAP Strategic Interval (XCAPX) | B | Dividend | L | T | | | | | |
| 59. Skybridge Mul-Ad Ser G (CAI01) | | None | L | T | | | | | |
| 60. Brokerage Account #4 (H) | | | | | | | | | |
| 61. Morgan Stanley Bank NA (cash) | A | Interest | J | T | | | | | |
| 62. Adobe Systems Common Stock (ADBE) | | None | J | T | | | | | |
| 63. Advanced Auto Parts (AAP) (X) | A | Dividend | J | T | Sold (part) | 12/10/19 | J | | |
| 64. AES Corp. Common Stock (AES) | A | Dividend | J | T | | | | | |
| 65. Akamai Technologies Common Stock (AKAM) | | None | J | T | | | | | |
| 66. Alaska Air Group Common Stock (ALK) | A | Dividend | J | T | | | | | |
| 67. Alexion Pharm Inc. (ALXN) | | None | J | T | Buy (add'l) | 02/15/19 | J | | |
| 68. | | | | | Sold (part) | 06/14/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wheeler, Thomas C.** | 05/11/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | Buy<br>(add'l) | 07/15/19 | J | | |
| 70. | | | | | Sold<br>(part) | 09/13/19 | J | | |
| 71. | | | | | Sold<br>(part) | 09/13/19 | J | | |
| 72. | | | | | Buy<br>(add'l) | 10/14/19 | J | | |
| 73. Alibaba HLOG Ltd (BABA) (X) | | None | J | T | Buy<br>(add'l) | 03/28/19 | J | | |
| 74. Allergan Common Stock (AGN) | A | Dividend | J | T | Buy<br>(add'l) | 01/11/19 | J | | |
| 75. | | | | | Buy<br>(add'l) | 03/01/19 | J | | |
| 76. | | | | | Sold<br>(part) | 06/14/19 | J | | |
| 77. | | | | | Sold<br>(part) | 06/14/19 | J | | |
| 78. | | | | | Buy<br>(add'l) | 07/15/19 | J | | |
| 79. | | | | | Buy<br>(add'l) | 07/15/19 | J | | |
| 80. | | | | | Sold<br>(part) | 09/20/19 | J | | |
| 81. Allison Transmn Hldgs Inc (ALSN) | A | Dividend | J | T | | | | | |
| 82. Alphabet Inc Cl A Common Stock (GOOGL) | | None | J | T | | | | | |
| 83. Alphabet Inc Cl C Common Stock (GOOG) | | None | J | T | | | | | |
| 84. AMC Networks Common Stock (AMCX) | | None | J | T | | | | | |
| 85. Amer Intl GP Inc New (AIG) | A | Dividend | J | T | Buy | 01/11/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 05/11/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | | | | | Buy<br>(add'l) | 03/01/19 | J | | |
| 87.  American Express Common Stock (AXP) | A | Dividend | J | T | | | | | |
| 88.  American Homes 4 Rent Common Stock (AMH) | A | Dividend | J | T | Buy<br>(add'l) | 01/31/19 | J | | |
| 89.  Anadarko Petroleum Common Stock (APC) | A | Dividend | | | Buy<br>(add'l) | 03/01/19 | J | | |
| 90. | | | | | Redeemed | 08/09/19 | J | C | |
| 91.  Anheuser Busch InBev SA Spon. Common Stock (BUD) | A | Dividend | J | T | | | | | |
| 92.  Apache Corp (APA) | A | Dividend | | | Buy | 01/11/19 | J | | |
| 93. | | | | | Sold | 02/06/19 | J | | |
| 94.  Apple, Inc. Common Stock (AAPL) | A | Dividend | J | T | Buy<br>(add'l) | 01/11/19 | J | | |
| 95. | | | | | Sold<br>(part) | 04/12/19 | J | A | |
| 96.  Arista Networks Inc (ANET) | | None | J | T | Buy | 11/12/19 | J | | |
| 97.  Autodesk Inc Deleware (ADSK) | | None | J | T | Sold<br>(part) | 02/07/19 | J | C | |
| 98.  Autozone Inc. (AZO) | | None | J | T | | | | | |
| 99.  Bank OZK (OZK) | A | Dividend | J | T | Buy | 01/11/19 | J | | |
| 100.  Biogen Idec Inc. Common Stock (BIB) | | None | K | T | Sold<br>(part) | 02/14/19 | J | | |
| 101. | | | | | Sold<br>(part) | 02/15/19 | J | | |
| 102. | | | | | Sold<br>(part) | 06/14/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 05/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 07/15/19 | J | | |
| 104.  Biomarin Pharmac SE (BMRN) | | None | J | T | Sold | 09/13/19 | J | | |
| 105. | | | | | Buy | 10/14/19 | J | | |
| 106.  Blackrock, Inc. Common Stock (BLK) | A | Dividend | J | T | Sold (part) | 03/19/19 | J | | |
| 107.  Bristol Myers Squibb Common Stock (BMY) | A | Dividend | J | T | Buy (add'l) | 01/11/19 | J | | |
| 108. | | | | | Sold (part) | 06/14/19 | J | | |
| 109. | | | | | Buy (add'l) | 07/15/19 | J | | |
| 110.  Broadcom Corp. Common Stock (AVGO) | A | Dividend | J | T | Sold (part) | 02/11/19 | J | A | |
| 111. | | | | | Buy (add'l) | 05/22/19 | J | | |
| 112. | | | | | Buy (add'l) | 06/14/19 | J | | |
| 113.  Caterpillar Inc (CAT) | A | Dividend | | | Buy | 01/11/19 | J | | |
| 114. | | | | | Sold | 09/06/19 | J | | |
| 115.  Viacomcbs Inc CL B (VIAC) | A | Dividend | J | T | Sold (part) | 03/15/19 | J | | |
| 116. | | | | | Buy (add'l) | 04/15/19 | J | | |
| 117. | | | | | Sold | 09/13/19 | J | | |
| 118. | | | | | Buy | 10/14/19 | J | | |
| 119.  Cerence Inc (CRNC) (X) | | None | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 05/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. CH Robinson Worldwide Inc New (CHRW) (X) | A | Dividend | J | T | | | | | |
| 121. Celgene Corp. Common Stock (CELG) | | None | | | Sold | 02/08/19 | J | | |
| 122. Charles Schwab New (SCHW) | A | Dividend | J | T | | | | | |
| 123. Chipotle Common Stock (CMG) | | None | | | Sold | 10/10/19 | J | C | |
| 124. Cisco Systems Inc. Common Stock (CSCO) | A | Dividend | | | Sold (part) | 05/28/19 | J | A | |
| 125. | | | | | Sold (part) | 10/02/19 | J | A | |
| 126. | | | | | Sold (part) | 11/12/19 | J | B | |
| 127. | | | | | Sold (part) | 11/19/19 | J | A | |
| 128. | | | | | Sold | 11/20/19 | J | B | |
| 129. CitiGroup Common Stock (C) | A | Dividend | J | T | | | | | |
| 130. Citrix Systems, Inc. Common Stock (CTXS) | A | Dividend | J | T | | | | | |
| 131. Coca Cola Inc. Common Stock (KO) (Y) | | | | | | | | | |
| 132. Comcast Corp. CL A Special New Common Stock (CMCSA) | A | Dividend | J | T | | | | | |
| 133. Conagra Brands Inc (CAG) (X) | A | Dividend | J | T | | | | | |
| 134. Costco Wholesale Corp New (COST) | A | Dividend | J | T | | | | | |
| 135. Covetrus Inc (CVET) | | None | J | T | Buy | 10/15/19 | J | | |
| 136. Cree Research Inc. Common Stock (CREE) | | None | J | T | Sold (part) | 12/10/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wheeler, Thomas C.** | 05/11/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. CVS Health Corp Com (CVS) | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 138. | | | | | Buy<br>(add'l) | 01/16/19 | J | | |
| 139. Discover Financial Services Common Stock (DFS) | | None | | | Sold<br>(part) | 08/15/19 | J | | |
| 140. | | | | | Sold | 08/16/19 | J | | |
| 141. Discovery Inc (formerly Discovery Comm. Serv. Common Stock) (DISCA) | | None | J | T | | | | | |
| 142. Dolby CL A Common Stock (DLB) | A | Dividend | J | T | | | | | |
| 143. Dupot De Nemours Inc. (DD) was DowDuPont Inc. Common Stock (DWDP) | A | Dividend | J | T | Buy<br>(add'l) | 03/01/19 | J | | |
| 144. | | | | | Buy<br>(add'l) | 10/14/19 | J | | |
| 145. DXC Technology Company (DXC) (X) | A | Dividend | J | T | Sold | 06/14/19 | J | | |
| 146. | | | | | Buy | 07/15/19 | J | | |
| 147. | | | | | Sold<br>(part) | 12/10/19 | J | | |
| 148. E*Trade Financial Corp New Com (ETFC) (X) | A | Dividend | J | T | | | | | |
| 149. Ecolab Common Stock (ECL) | A | Dividend | J | T | | | | | |
| 150. Encana Corp (ECA) | A | Dividend | J | T | Buy | 01/11/19 | J | | |
| 151. | | | | | Sold | 06/14/19 | J | | |
| 152. | | | | | Buy | 07/15/19 | J | | |
| 153. EQT Corporation Com New (EQT) (X) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 05/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. Equinix Inc (EQIX) | A | Dividend | J | T | | | | | |
| 155. Euronet Worldwide Inc (EEFT) | | None | J | T | Buy | 09/30/19 | J | | |
| 156. Exelon Corp. Common Stock (EXC) | A | Dividend | J | T | | | | | |
| 157. Facebook Common Stock (FB) | | None | J | T | | | | | |
| 158. Fairfax Financial Hldg Sub Vtg (FRFHF) | A | Dividend | J | T | Buy<br>(add'l) | 01/11/19 | J | | |
| 159. Fidelity National Information SE (FIS) (X) | A | Dividend | J | T | | | | | |
| 160. Fireeye Inc (FEVE) (X) | | None | J | T | | | | | |
| 161. First American Finl Corp (FAF) | A | Dividend | J | T | Buy | 01/11/19 | J | | |
| 162. Fluor Corp New (FLR) | A | Dividend | | | Buy | 01/11/19 | J | | |
| 163. | | | | | Sold | 06/14/19 | J | | |
| 164. | | | | | Buy | 07/15/19 | J | | |
| 165. | | | | | Sold | 09/13/19 | J | | |
| 166. Foot Locker Inc (FL) | A | Dividend | J | T | Sold<br>(part) | 06/14/19 | J | | |
| 167. | | | | | Buy<br>(add'l) | 07/15/19 | J | | |
| 168. Freeport McMoran Common Stock (FCX) | A | Dividend | J | T | | | | | |
| 169. GATX Corp. Common Stock (GATX) | A | Dividend | J | T | | | | | |
| 170. Gray Television CL B Com (GTM) (X) | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wheeler, Thomas C.** | 05/11/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  Gentex Common Stock (GNTX) | A | Dividend | | | Sold | 02/01/19 | J | | |
| 172.  Halliburton Common Stock (HAL) | A | Dividend | | | Buy | 01/11/19 | J | | |
| 173. | | | | | Sold | 03/15/19 | J | | |
| 174. | | | | | Buy | 04/15/19 | J | | |
| 175. | | | | | Sold | 06/14/19 | J | | |
| 176. | | | | | Buy | 07/15/19 | J | | |
| 177. | | | | | Sold | 09/13/19 | J | | |
| 178.  Home Depot Inc. Common Stock (HD) | A | Dividend | J | T | | | | | |
| 179.  Honeywell Intl. Inc. Common Stock (HON) | A | Dividend | J | T | Buy (add'l) | 01/31/19 | J | | |
| 180.  IHS Markit Ltd (INFO) | | None | J | T | | | | | |
| 181.  Invesco Ltd (IVZ) | | None | | | Buy | 01/11/19 | J | | |
| 182. | | | | | Sold | 02/01/19 | J | | |
| 183.  Ionis Pharmaceuticals Common Stock (IONS) | | None | J | T | Sold (part) | 02/11/19 | J | | |
| 184. | | | | | Buy (add'l) | 05/08/19 | J | | |
| 185. | | | | | Sold (part) | 06/14/19 | J | | |
| 186.  Johnson & Johnson Common Stock (JNJ) | A | Dividend | K | T | | | | | |
| 187.  Johnson Ctls Intl PLC (JCI) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 05/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188.  Keycorp New Common Stock (KEY) | A | Dividend | J | T | Buy<br>(add'l) | 03/01/19 | J | | |
| 189.  Kinder Morgan Incorp (KMI) | A | Dividend | J | T | Buy | 01/11/19 | J | | |
| 190. | | | | | Buy<br>(add'l) | 07/30/19 | J | | |
| 191.  L3Harris Technologies Inc. (LHX) was L3<br>Technologies, Inc. (LLL) | A | Dividend | J | T | Sold<br>(part) | 10/07/19 | J | C | |
| 192.  Qurate Retail Inc (QRTEA) formerly<br>Liberty Interactive Corp (QVCA) | | None | | | Buy<br>(add'l) | 04/15/19 | J | | |
| 193. | | | | | Buy<br>(add'l) | 07/15/19 | J | | |
| 194. | | | | | Sold | 09/13/19 | J | | |
| 195. | | | | | Buy | 10/14/19 | J | | |
| 196. | | | | | Sold | 12/10/19 | J | | |
| 197.  Liberty Media C Ser C Sirius XM Common<br>Stock (LSXMK) | | None | J | T | | | | | |
| 198.  Linde Plc (LIN) | A | Dividend | J | T | | | | | |
| 199.  McCormick and Co. Non Voting (MCK) | A | Dividend | J | T | | | | | |
| 200.  Medtronic PLC Common Stock (MDT) | A | Dividend | J | T | | | | | |
| 201.  Merck & Co. Inc. New Common Stock<br>(MRK) | A | Dividend | J | T | Sold<br>(part) | 10/02/19 | J | A | |
| 202.  Metlife Common Stock (MET) (Y) | | | | | | | | | |
| 203.  MGIC Investment Corp. Common Stock<br>(MTG) | A | Dividend | J | T | | | | | |
| 204.  Microsoft Corp. Common Stock (MSFT) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 05/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205.  Murphy USA Common Stock (MUSA) | | None | J | T | | | | | |
| 206.  Mylan N V (MYL) | | None | | | Buy | 01/11/19 | J | | |
| 207. | | | | | Buy<br>(add'l) | 03/01/19 | J | | |
| 208. | | | | | Sold | 06/14/19 | J | | |
| 209. | | | | | Buy | 07/15/19 | J | | |
| 210. | | | | | Sold<br>(part) | 09/27/19 | J | | |
| 211. | | | | | Sold | 09/30/19 | J | | |
| 212.  National Oilwell Varco Inc (NOV) | A | Dividend | J | T | Buy | 01/11/19 | J | | |
| 213. | | | | | Sold | 03/15/19 | J | | |
| 214. | | | | | Buy | 04/15/19 | J | | |
| 215. | | | | | Sold | 06/14/19 | J | | |
| 216. | | | | | Buy | 07/15/19 | J | | |
| 217.  Netapp Inc Com (NTAP) | A | Dividend | J | T | Sold | 06/14/19 | J | | |
| 218. | | | | | Buy | 07/15/19 | J | | |
| 219. | | | | | Sold | 09/13/19 | J | | |
| 220. | | | | | Buy | 10/14/19 | J | | |
| 221.  Now Inc (DNOW) | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 05/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222.  Nuance Comm. Common Stock (NUAN) | | None | J | T | | | | | |
| 223.  Nucor Corp. Common Stock (NUE) | A | Dividend | J | T | | | | | |
| 224.  Nutanix Inc (NTNX) | | None | J | T | Sold | 06/14/19 | J | | |
| 225. | | | | | Buy | 07/15/19 | J | | |
| 226.  Nvidia Corporation (NVDA) | A | Dividend | J | T | Sold<br>(part) | 06/14/19 | J | | |
| 227. | | | | | Buy<br>(add'l) | 07/15/19 | J | | |
| 228.  OneMain Holdings Common Stock (OMF) | A | Dividend | J | T | | | | | |
| 229.  Oracle Common Stock (ORCL) | A | Dividend | K | T | Buy<br>(add'l) | 01/31/19 | J | | |
| 230. | | | | | Sold<br>(part) | 06/19/19 | J | | |
| 231. | | | | | Sold<br>(part) | 10/02/19 | J | A | |
| 232.  Owens Corning Inc (OC) | A | Dividend | J | T | Sold<br>(part) | 03/15/19 | J | | |
| 233. | | | | | Buy<br>(add'l) | 04/15/19 | J | | |
| 234.  Palo Alto Networks Inc (PANW) | | None | J | T | | | | | |
| 235.  PayPal Holdings Common Stock (PYPL) | | None | | | Sold<br>(part) | 05/23/19 | J | | |
| 236. | | | | | Sold | 07/22/19 | J | | |
| 237.  Pebblebrook Hotel Tr. Com. Common Stock<br>(PEB) | A | Dividend | J | T | | | | | |
| 238.  Pentair Ltd. Common Stock (PNR) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wheeler, Thomas C.** | 05/11/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 239.  Pioneer Natural Resources Co. (PXD) | A | Dividend | J | T | Buy<br>(add'l) | 01/11/19 | J | | |
| 240. | | | | | Buy<br>(add'l) | 01/22/19 | J | | |
| 241. | | | | | Sold<br>(part) | 09/13/19 | J | | |
| 242. | | | | | Buy<br>(add'l) | 10/14/19 | J | | |
| 243.  Qualcomm Inc (QCOM) | A | Dividend | J | T | Buy<br>(add'l) | 04/17/19 | J | | |
| 244. | | | | | Sold<br>(part) | 06/14/19 | J | | |
| 245. | | | | | Buy<br>(add'l) | 07/15/19 | J | | |
| 246. | | | | | Sold<br>(part) | 11/18/19 | J | A | |
| 247.  Realogy Holdings Common Stock (RLGY) | A | Dividend | | | Sold | 03/15/19 | J | | |
| 248. | | | | | Buy | 04/15/19 | J | | |
| 249. | | | | | Sold | 05/15/19 | J | | |
| 250.  Red Hat Common Stock (RHT) | | None | | | Sold | 06/21/19 | J | | |
| 251.  Regeneron Pharm Common Stock (REGN) | | None | | | Sold | 03/11/19 | J | | |
| 252.  Salesforce.com Inc. (CRM) (X) | | None | J | T | | | | | |
| 253.  Sanderson Farms (SAFM) | A | Dividend | J | T | | | | | |
| 254.  Schlumberger Ltd (SLB) | A | Dividend | J | T | Buy | 01/11/19 | J | | |
| 255.  Seagate Technology PLC Common Stock (STX) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wheeler, Thomas C.** | 05/11/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 256. Service Corp. Intl. Common Stock (SCI) | A | Dividend | J | T | | | | | |
| 257. Splunk Inc (SPLK) | | None | J | T | | | | | |
| 258. Sprout Farmers Market Inc (SFM) | | None | J | T | Buy<br>(add'l) | 07/15/19 | J | | |
| 259. Stanley Black & Decker Common Stock (SWK) | A | Dividend | J | T | | | | | |
| 260. Suncor Energy Inc (SU) | A | Dividend | J | T | Buy<br>(add'l) | 03/01/19 | J | | |
| 261. | | | | | Sold<br>(part) | 06/14/19 | J | | |
| 262. | | | | | Buy<br>(add'l) | 07/15/19 | J | | |
| 263. Synchrony Fin. Common Stock (SYF) | A | Dividend | J | T | Sold<br>(part) | 02/14/19 | J | | |
| 264. | | | | | Buy<br>(add'l) | 10/08/19 | J | | |
| 265. TE Connectivity Ltd. New (TEL) | A | Dividend | J | T | | | | | |
| 266. Texas Instruments Common Stock (TXN) | A | Dividend | J | T | | | | | |
| 267. Thermo Fisher Scientific Inc. Common Stock (TMO) | A | Dividend | J | T | | | | | |
| 268. Twitter Common Stock (TWTR) | | None | J | T | Sold<br>(part) | 10/07/19 | J | B | |
| 269. | | | | | Buy<br>(add'l) | 10/31/19 | J | | |
| 270. US Bancorp Com (USB) | A | Dividend | J | T | | | | | |
| 271. Uber Technologies Inc (UBER) (Y) | | | | | | | | | |
| 272. Unilever PLC (New) ADS Common Stock (UL) | A | Dividend | J | T | Buy<br>(add'l) | 06/03/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 05/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 273. | | | | | Sold<br>(part) | 12/30/19 | J | | |
| 274. United Parcel Service Inc. CL B Common<br>Stock (UPS) | A | Dividend | J | T | | | | | |
| 275. Unitedhealth Group Inc (UNH) | A | Dividend | K | T | | | | | |
| 276. Verizon Communications (VZ) | A | Dividend | J | T | Buy<br>(add'l) | 01/31/19 | J | | |
| 277. | | | | | Buy<br>(add'l) | 08/15/19 | J | | |
| 278. Vertex Pharmaceuticals Common Stock<br>(VRTX) | | None | J | T | Sold<br>(part) | 02/11/19 | J | | |
| 279. | | | | | Buy<br>(add'l) | 04/18/19 | J | | |
| 280. Visa Inc. CL A Common Stock (V) | A | Dividend | J | T | | | | | |
| 281. Vistra Energy Corp (VST) (X) | A | Dividend | J | T | | | | | |
| 282. VMWare Common Stock (VMW) | | None | J | T | | | | | |
| 283. Voya Finl Inc (VOYA) | A | Dividend | J | T | | | | | |
| 284. W.W. Grainger Common Stock (GWW) | A | Dividend | J | T | | | | | |
| 285. Walt Disney Co. Holding Common Stock<br>(DIS) | A | Dividend | J | T | | | | | |
| 286. Wells Fargo Common Stock (WFC) | A | Dividend | K | T | Buy<br>(add'l) | 01/11/19 | J | | |
| 287. | | | | | Buy<br>(add'l) | 03/01/19 | J | | |
| 288. | | | | | Buy<br>(add'l) | 04/15/19 | J | | |
| 289. | | | | | Sold<br>(part) | 06/14/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 05/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Buy (add'l) | 07/15/19 | J | | |
| 291. | | | | | Sold (part) | 08/15/19 | J | | |
| 292. Western Digital Common Stock (WDC) | A | Dividend | J | T | Buy (add'l) | 01/11/19 | J | | |
| 293. | | | | | Sold (part) | 06/14/19 | J | | |
| 294. | | | | | Buy (add'l) | 07/15/19 | J | | |
| 295. | | | | | Buy (add'l) | 11/20/19 | J | | |
| 296. Weyerhauser Co. Common Stock (WY) | A | Dividend | J | T | Buy (add'l) | 01/11/19 | J | | |
| 297. Yum China Holdings Common Stock (YUMC) | A | Dividend | | | Sold | 05/17/19 | J | | |
| 298. Zoetis Common Stock (ZTS) | A | Dividend | J | T | | | | | |
| 299. Volkswagen AG RP PRF ADR (VWAPY) (X) | A | Dividend | J | T | | | | | |
| 300. Ishares Core S&P US Growth (IUSG) | A | Dividend | J | T | Sold | 01/11/19 | J | | |
| 301. | | | | | Buy | 03/15/19 | J | | |
| 302. | | | | | Sold | 04/15/19 | J | C | |
| 303. | | | | | Buy | 06/14/19 | K | | |
| 304. | | | | | Sold | 07/15/19 | K | A | |
| 305. | | | | | Buy | 09/13/19 | J | | |
| 306. | | | | | Sold (part) | 10/07/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 05/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 307. | | | | | Sold | 10/14/19 | J | | |
| 308. | | | | | Buy | 12/10/19 | J | | |
| 309. Ishares Core S&P US Value (IUSV) | A | Dividend | J | T | Sold | 01/11/19 | L | | |
| 310. | | | | | Buy | 03/15/19 | J | | |
| 311. | | | | | Sold | 04/15/19 | J | D | |
| 312. | | | | | Buy | 06/14/19 | K | | |
| 313. | | | | | Sold | 07/15/19 | K | B | |
| 314. | | | | | Buy | 09/13/19 | K | | |
| 315. | | | | | Sold | 10/14/19 | K | | |
| 316. | | | | | Buy | 12/10/19 | J | | |
| 317. | | | | | Buy<br>(add'l) | 12/30/19 | J | | |
| 318. Ishares Russell 1000 Grw ETF (IWF) | A | Dividend | J | T | Sold<br>(part) | 01/11/19 | J | | |
| 319. | | | | | Sold<br>(part) | 03/15/19 | J | | |
| 320. | | | | | Sold | 04/15/19 | J | | |
| 321. | | | | | Buy | 10/08/19 | J | | |
| 322. | | | | | Sold | 10/14/19 | J | A | |
| 323. | | | | | Buy | 12/10/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 05/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. Brokerage Account #5 (H) | | | | | | | | | |
| 325. Davis New York Venture A Mutual Fund (NYVTX) (X) | E | Dividend | O | T | | | | | |
| 326. Davis New York Venture C Mutual Fund (NYVCX) | E | Dividend | L | T | | | | | |
| 327. Brokerage Account #6 (H) | | | | | | | | | |
| 328. UBS Bank USA Bus Acct (Cash) | A | Interest | J | T | | | | | |
| 329. Dominion Resources Common Stock (D) | C | Dividend | L | T | | | | | |
| 330. Exxon Mobile Common Stock (XOM) | C | Dividend | L | T | | | | | |
| 331. Pepsico Common Stock (PEP) | A | Dividend | K | T | | | | | |
| 332. Walmart Common Stock (WMT) | B | Dividend | L | T | | | | | |
| 333. MFS Maryland Municipal Bond Fund (MFSMX) | B | Dividend | L | T | | | | | |
| 334. Brokerage Account #7 (H) | | | | | | | | | |
| 335. UBS Bank USA (cash) | A | Interest | K | T | | | | | |
| 336. First Trust Financial Alphadex Fund ETF (FXO) | A | Dividend | L | T | Sold (part) | 03/26/19 | J | B | |
| 337. IShares US Technology ETF (IYW) | A | Dividend | M | T | Buy (add'l) | 03/26/19 | J | | |
| 338. IShares US Healthcare ETF (IYH) | B | Dividend | L | T | | | | | |
| 339. IShares US Real Estate ETF (IYR) | A | Dividend | K | T | Sold (part) | 03/26/19 | J | A | |
| 340. IShares U.S. Consumer Goods ETF (IYK) | B | Dividend | M | T | Buy (add'l) | 03/26/19 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 05/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. IShares US Consumer Services ETF (IYC) | A | Dividend | M | T | Sold (part) | 03/26/19 | J | C | |
| 342. IShares US Energy ETF (IYE) | B | Dividend | K | T | Sold (part) | 03/26/19 | J | A | |
| 343. IShares Floating Rate Bond ETF (FLOT) | B | Dividend | M | T | Buy (add'l) | 03/26/19 | K | | |
| 344. Vanguard Short-term Corporate Bond ETF (VCSH) | B | Dividend | M | T | Buy (add'l) | 03/26/19 | K | | |
| 345. Vanguard Total Bond Mkt ETF (BND) | B | Dividend | L | T | Sold (part) | 03/26/19 | K | B | |
| 346. Brokerage Account #8 (H) | | | | | | | | | |
| 347. UBS Bank USA Dep Acct (Cash) | A | Interest | J | T | | | | | |
| 348. Blackrock Munivest Fund II (MVT) | B | Dividend | K | T | | | | | |
| 349. Blackrock Munivest Fund (MVF) | B | Dividend | K | T | | | | | |
| 350. Nuveen Select Tax Free Income Port 3 (NXR) | B | Dividend | K | T | | | | | |
| 351. BNY Mellon AMT-Free Mun Bond Fd Class A (DMUAX) was Dreyfus AMT-Free M | B | Dividend | L | T | | | | | |
| 352. Brokerage Account #9 (H) | | | | | | | | | |
| 353. UBS Bank USA (cash) | A | Interest | J | T | | | | | |
| 354. First Trust Financial Alphadex Fund ETF (FXO) | A | Dividend | K | T | Sold (part) | 03/22/19 | J | B | |
| 355. | | | | | Sold (part) | 06/19/19 | J | B | |
| 356. IShares US Technology ETF (IYW) | A | Dividend | L | T | Buy (add'l) | 03/22/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 05/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 357. | | | | | Sold<br>(part) | 06/19/19 | J | A | |
| 358. IShares US Healthcare ETF (IYH) | B | Dividend | L | T | Sold<br>(part) | 03/22/19 | J | A | |
| 359. | | | | | Sold<br>(part) | 06/19/19 | J | A | |
| 360. IShares US Consumer Goods ETF (IYK) | B | Dividend | L | T | Buy<br>(add'l) | 03/22/19 | K | | |
| 361. | | | | | Sold<br>(part) | 06/19/19 | J | A | |
| 362. IShares US Real Estate ETF (IYR) | A | Dividend | K | T | Sold<br>(part) | 03/22/19 | J | A | |
| 363. | | | | | Sold<br>(part) | 06/19/19 | J | A | |
| 364. IShares US Consumer Services ETF (IYC) | A | Dividend | L | T | Sold<br>(part) | 03/22/19 | J | A | |
| 365. | | | | | Sold<br>(part) | 06/19/19 | J | D | |
| 366. IShares US Energy ETF (IYE) | B | Dividend | K | T | Sold<br>(part) | 03/22/19 | J | A | |
| 367. | | | | | Buy<br>(add'l) | 06/19/19 | J | | |
| 368. IShares Floating Rate Bond ETF (FLOT) | C | Dividend | L | T | Buy<br>(add'l) | 03/22/19 | K | | |
| 369. | | | | | Sold<br>(part) | 06/19/19 | J | | |
| 370. Vanguard Short-term Corporate Bond ETF (VCSH) | C | Dividend | L | T | Buy<br>(add'l) | 03/22/19 | K | | |
| 371. | | | | | Sold<br>(part) | 06/19/19 | J | A | |
| 372. Vanguard Total Bond Mkt ETF (BND) | B | Dividend | L | T | Sold<br>(part) | 03/22/19 | K | B | |
| 373. | | | | | Sold<br>(part) | 06/19/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 05/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 374. Brokerage Account #10 (H) | | | | | | | | | |
| 375. Morgan Stanley Bank NA (cash) (Y) | | | | | | | | | |
| 376. Baker Hughes A GE (BHGE) | A | Dividend | K | T | | | | | |
| 377. Bank of America Corp. (BAC) | A | Dividend | K | T | | | | | |
| 378. Bristol Myers Squibb Common Stock (BMY) | B | Dividend | L | T | | | | | |
| 379. CBRE Clarion Global Real Estate Fund (IGR) | C | Dividend | L | T | | | | | |
| 380. Cohen & Steers CEF Opp Fd. Inc. (FOF) | B | Dividend | K | T | | | | | |
| 381. Kayne and Midstream/Engy FD (KMF) | C | Dividend | K | T | | | | | |
| 382. ACAP Strategic Interval (XCAPX) | C | Dividend | M | T | | | | | |
| 383. Hartford Municipal Opportunity (HHMCX) | A | Dividend | K | T | | | | | |
| 384. Principal Investment Fund (PRFCX) | B | Dividend | L | T | | | | | |
| 385. Brokerage Account #11 (H) | | | | | | | | | |
| 386. Bank of America Common Stock (BAC) | B | Dividend | M | T | | | | | |
| 387. Exxon Mobile Common Stock (XOM) | B | Dividend | K | T | | | | | |
| 388. U.S. Steel Common Stock (X) | A | Dividend | J | T | | | | | |
| 389. Brokerage Account #12 (H) | | | | | | | | | |
| 390. Ishares 20+ Yr Treasu Bond ETF (TLT) | A | Dividend | J | T | Buy | 04/18/19 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 05/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 391. | | | | | Sold<br>(part) | 06/20/19 | J | A | |
| 392. | | | | | Buy<br>(add'l) | 07/22/19 | J | | |
| 393.  IShares Barclays 1-3 Yr Trs Bd (SHY) | A | Dividend | J | T | | | | | |
| 394.  IShares Core U.S. Aggregate Fd (AGG) | A | Dividend | J | T | | | | | |
| 395.  IShares MSCI Japan ETF (EWJ) | A | Dividend | J | T | Sold<br>(part) | 04/18/19 | J | | |
| 396.  IShares TIPS Bond ETF (TIP) | A | Dividend | J | T | | | | | |
| 397.  PIMCO Enhanced Shrt Mtrt Exc (MINT) | A | Dividend | J | T | | | | | |
| 398.  Alger Small Cap Growth 22 (AISZX) (X) | A | Dividend | J | T | | | | | |
| 399.  Artisan Midcap Value Inv. (APDQX) | A | Dividend | J | T | Sold<br>(part) | 04/18/19 | J | | |
| 400.  Blackrock Equity Dividend I (MADVX) | C | Dividend | K | T | Sold<br>(part) | 06/20/19 | J | | |
| 401. | | | | | Buy<br>(add'l) | 07/22/19 | J | | |
| 402.  Columbia Select Large Cap Growth<br>(UMLGX) | C | Dividend | J | T | Sold<br>(part) | 04/18/19 | J | | |
| 403. | | | | | Buy<br>(add'l) | 06/17/19 | J | | |
| 404. | | | | | Buy<br>(add'l) | 12/10/19 | J | | |
| 405.  Invesco Opp Intl Growth Y (OIGYX) | A | Dividend | K | T | Sold<br>(part) | 04/18/19 | J | | |
| 406. | | | | | Sold<br>(part) | 06/20/19 | J | | |
| 407.  PGIM Jennison Mid Cap GRW Z (PEGZX) | A | Dividend | J | T | Sold<br>(part) | 04/18/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 05/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 408.  Royce Premier Inv. (RYPRX) (X) | A | Dividend | J | T | | | | | |
| 409.  Wells Fargo Emerg. Mkts. (EMGNX) | A | Dividend | J | T | | | | | |
| 410.  Brokerage Account #13 (H) | | | | | | | | | |
| 411.  Ishares 20+ Yr Treasu Bond ETF (TLT) | A | Dividend | K | T | Buy | 04/18/19 | K | | |
| 412. | | | | | Sold<br>(part) | 06/20/19 | J | A | |
| 413.  IShares Barclays 1-3 Yr TSY Bd (SHY) | A | Dividend | J | T | | | | | |
| 414.  IShares Core U.S. Aggregate Fd (AGG) | A | Dividend | K | T | Sold<br>(part) | 06/20/19 | J | A | |
| 415.  IShares MSCI Japan ETF (EWJ) | A | Dividend | J | T | Sold<br>(part) | 04/18/19 | J | A | |
| 416.  IShares TIPS Bond ETF (TIP) | A | Dividend | J | T | | | | | |
| 417.  PIMCO Enhanced Shrt Mtrt Exc (MINT) | A | Dividend | J | T | | | | | |
| 418.  Alger Small Cap Growth Inst. (AISZX) | A | Dividend | J | T | Buy<br>(add'l) | 04/18/19 | J | | |
| 419.  Artisan Midcap Value Inv. (APDQX) | A | Dividend | J | T | Sold<br>(part) | 04/18/19 | J | | |
| 420.  Blackrock Equity Dividend (MADVX) | D | Dividend | L | T | Buy<br>(add'l) | 04/18/19 | J | | |
| 421. | | | | | Sold<br>(part) | 06/20/19 | J | | |
| 422. | | | | | Buy<br>(add'l) | 07/22/19 | J | | |
| 423.  Columbia Select Large Cap Growth<br>(UMLGX) | D | Dividend | K | T | Buy<br>(add'l) | 06/17/19 | J | | |
| 424. | | | | | Sold<br>(part) | 06/20/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 05/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 425. | | | | | Buy<br>(add'l) | 12/10/19 | J | | |
| 426. Invesco Opp Intl Growth Y (OIGYX) was<br>Oppenheimer Int'l Growth (OIGYX) | B | Dividend | L | T | Sold<br>(part) | 04/18/19 | K | | |
| 427. | | | | | Sold<br>(part) | 06/20/19 | J | A | |
| 428. PGIM Jennison Mid Cap GRW Z<br>(PEGZX)Prudential Jennison MD Cap.<br>(PEGZX) | B | Dividend | J | T | Sold<br>(part) | 04/18/19 | J | | |
| 429. | | | | | Buy<br>(add'l) | 12/17/19 | J | | |
| 430. Royce Premier Inv. (RYPRX) | A | Dividend | J | T | | | | | |
| 431. Virtus Insight Emerg. Mkts. (HIEMX) | A | Dividend | K | T | Buy<br>(add'l) | 04/18/19 | J | | |
| 432. Wells Fargo Emerg. Mkts. (EMGNX) | A | Dividend | K | T | Buy<br>(add'l) | 04/18/19 | J | | |
| 433. | | | | | Sold<br>(part) | 06/20/19 | J | | |
| 434. Brokerage Account #14 (H) | | | | | | | | | |
| 435. Morgan Stanley Bank NA (cash) | A | Interest | K | T | | | | | |
| 436. Blackstone Group Inc CL A (BX) was<br>Blackstone Group Common Stock (BX) | C | Dividend | M | T | | | | | |
| 437. Carnival CP New Paired Com (CCL) | A | Dividend | K | T | | | | | |
| 438. Celgene Common Stock (CELG) (Y) | | | | | | | | | |
| 439. Corteva Inc. (CTVA) | A | Dividend | J | T | Spinoff<br>(from line 442) | 06/05/19 | J | | |
| 440. CVS Caremark Common Stock (CVS) | C | Dividend | M | T | Buy<br>(add'l) | 01/03/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wheeler, Thomas C.** | 05/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 441.  Dow Inc (DOW) | A | Dividend | J | T | Spinoff<br>(from line 442) | 04/04/19 | J | | |
| 442.  Dupont De Nemours Inc. (DD) was<br>Dowdupont Inc. (DWDP) | A | Dividend | K | T | Buy | 01/03/19 | K | | |
| 443. | | | | | Buy | 01/03/19 | J | | |
| 444.  Enterprise Products Partners LP (EPD) | D | Dividend | M | T | | | | | |
| 445.  General Motors Common Stock (GM) | B | Dividend | K | T | | | | | |
| 446.  Merck Common Stock (MRK) | B | Dividend | L | T | | | | | |
| 447.  Murphy Oil Common Stock (MUR) | A | Dividend | J | T | | | | | |
| 448.  Murphy USA Inc. Com. (MUSA) | | None | J | T | | | | | |
| 449.  Starbuck's Corp. Common Stock (SBUX) | B | Dividend | M | T | | | | | |
| 450.  United Technologies Corp (UTX) | B | Dividend | L | T | | | | | |
| 451.  United Health Group Common Stock (UNH) | C | Dividend | M | T | | | | | |
| 452.  DBX ETF TR Xtrack MSCI Europe Fund<br>(DBEU) | | None | | | Sold | 02/07/19 | K | | |
| 453.  First Tr MLP & Eng Fund (FEI) | E | Dividend | M | T | | | | | |
| 454.  IShares NASDAQ Biotech ETF (IBB) | A | Dividend | L | T | Buy<br>(add'l) | 01/03/19 | J | | |
| 455.  Federated Prime Csh Oblgtn WS (PCOXX) | A | Dividend | | | Buy | 01/03/19 | L | | |
| 456. | | | | | Buy<br>(add'l) | 04/24/19 | K | | |
| 457. | | | | | Sold<br>(part) | 06/24/19 | L | | |

| | | | | |
|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 05/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 458. | | | | | Sold | 07/30/19 | K | | |
| 459. Hartford Floating Rate BD A (HFLAX) | C | Dividend | L | T | | | | | |
| 460. Legg Mason WA S/D Mun Inc A (SHDAX) (X) | A | Dividend | L | T | | | | | |
| 461. Putnam Equity Income A (PAYAX) (X) | B | Dividend | K | T | | | | | |
| 462. Putnam Equity Income C (PEQCX) | B | Dividend | L | T | | | | | |
| 463. Western Asset Int. Term Muni C (SMLLX) (Y) | | | | | | | | | |
| 464. Western Ast Int Term Muni A (SBLTX) (X) | A | Dividend | L | T | | | | | |
| 465. Western Asset Short Duration Muni Income C (SHDLX) (Y) | | | | | | | | | |
| 466. NATIONWIDE LIFE DESTINATION NAVIGATOR VARIABLE ANNUITY (H) | | | | | | | | | |
| 467. NW NVIT SP 500 INDEX II | | None | M | T | | | | | |
| 468. BLACKROCK GLOBAL ALLOCATION V.I. III | | None | L | T | | | | | |
| 469. FIDVIP EQ INC SVC 2 | | None | M | T | | | | | |
| 470. NW NVIT CARDINAL AFFR II | | None | L | T | | | | | |
| 471. Brokerage Account #15 (H) | | | | | | | | | |
| 472. Morgan Stanley Bank NA (cash) | A | Interest | J | T | | | | | |
| 473. IShares Core S&P US Value (IUSV) | | None | | | Sold | 01/11/19 | K | | |
| 474. IShares Inc. MSCI Japan ETF (EWJ) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 05/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 475.  Ishares JP Morgan EM Bond ETF (EMB) | A | Dividend | J | T | Buy | 04/05/19 | J | | |
| 476.  IShares Russell 1000 GRW ETF (IWF) | A | Dividend | | | Buy (add'l) | 01/02/19 | J | | |
| 477. | | | | | Sold | 01/11/19 | J | A | |
| 478.  IShares Russell 1000 Value ETF (IWD) | | None | | | Buy (add'l) | 01/02/19 | J | | |
| 479. | | | | | Sold | 01/11/19 | J | A | |
| 480.  IShares Russell 2000 Value ETF (IWN) | | None | | | Sold | 01/11/19 | J | | |
| 481.  IShares Russell Midcap G ETF (IWP) | | None | J | T | Sold | 01/11/19 | J | | |
| 482. | | | | | Buy | 12/30/19 | J | | |
| 483.  PIMCO Enhanced Short Mtrt (MINT) | B | Dividend | L | T | Buy (add'l) | 04/05/19 | J | | |
| 484. | | | | | Buy (add'l) | 06/25/19 | J | | |
| 485. | | | | | Buy (add'l) | 12/31/19 | J | | |
| 486.  SPDR BBG Barclays High Yield Bond (JNK) | | None | | | Sold | 01/11/19 | J | A | |
| 487.  SPDR Nuveen BBG Short-Term (SHM) | B | Dividend | L | T | Buy (add'l) | 06/25/19 | J | | |
| 488. | | | | | Buy (add'l) | 12/31/19 | J | | |
| 489.  Vanguard FTSE Developed Mkts E (VEA) | | None | | | Buy (add'l) | 01/02/19 | J | | |
| 490. | | | | | Sold | 01/11/19 | K | A | |
| 491.  Vanguard FTSE Emerging Markets (VWO) | | None | | | Sold | 01/11/19 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 05/11/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 492. Alger Small Cap Growth Inst. (AISZX) | A | Dividend | J | T | | | | | |
| 493. American Century FOC Dynamic GRW I (ACFSX) | | None | K | T | Buy | 11/15/19 | K | | |
| 494. American Century Intl. Bond (AIBHX) | | None | J | T | | | | | |
| 495. American Europacific Growth F1 (AEPFX) | B | Dividend | K | T | Buy (add'l) | 01/11/19 | J | | |
| 496. | | | | | Sold (part) | 04/05/19 | J | A | |
| 497. | | | | | Buy (add'l) | 06/25/19 | J | | |
| 498. American Growth Fund of America F2 (GFFFX) | B | Dividend | K | T | Buy (add'l) | 01/11/19 | J | | |
| 499. | | | | | Sold (part) | 04/05/19 | J | A | |
| 500. Baron Small Cap Retail (BSFIX) | A | Dividend | J | T | | | | | |
| 501. Columbia Select Large Cap Growth Fd (UMLGX) | C | Dividend | | | Buy (add'l) | 01/11/19 | J | | |
| 502. | | | | | Sold (part) | 04/05/19 | J | A | |
| 503. | | | | | Buy (add'l) | 06/25/19 | J | | |
| 504. | | | | | Sold | 11/15/19 | K | A | |
| 505. Davis New York Venture Y (DNVYX) | B | Dividend | K | T | Buy (add'l) | 01/11/19 | J | | |
| 506. | | | | | Sold (part) | 04/05/19 | J | A | |
| 507. | | | | | Buy (add'l) | 06/25/19 | J | | |
| 508. Federated Strategy Val Div Inst Fd (SVAIX) | B | Dividend | K | T | Buy (add'l) | 01/11/19 | K | | |

| | | |
|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 |
| | P3 =$25,000,001 - $50,000,000 | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) |
| (See Column C2) | U =Book Value | V =Other |

C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
L =$50,001 - $100,000    M =$100,001 - $250,000
P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P4 =More than $50,000,000
S =Assessment    T =Cash Market
W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 05/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 509. | | | | | Sold (part) | 04/05/19 | J | A | |
| 510. | | | | | Buy (add'l) | 06/25/19 | J | | |
| 511. Franklin Fed Intm Trm Txfr Adv (FITZX) | B | Dividend | L | T | Buy (add'l) | 04/05/19 | J | | |
| 512. | | | | | Buy (add'l) | 06/25/19 | J | | |
| 513. | | | | | Buy (add'l) | 12/31/19 | J | | |
| 514. Goldman Sachs Growth Opp. 1 (GGOIX) (Y) | | | | | | | | | |
| 515. Invesco American Value Y (MSAIX) | A | Dividend | J | T | | | | | |
| 516. Invesco Opp Intl BD Y (OIBYX) (X) | A | Dividend | J | T | | | | | |
| 517. Invesco Opp Intl Growth Y (OIGYX) | A | Dividend | L | T | Buy | 06/25/19 | J | | |
| 518. JP Morgan Emerging Markets Sel (JEMSX) | A | Dividend | K | T | Buy (add'l) | 01/11/19 | J | | |
| 519. JP Morgan Mid Cap Value S (JMVSX) | A | Dividend | J | T | | | | | |
| 520. Lazard Emerging Markets 1 (LZEMX) | A | Dividend | K | T | Buy (add'l) | 01/11/19 | J | | |
| 521. | | | | | Buy (add'l) | 06/25/19 | J | | |
| 522. Nationwide Geneva MDCP GW F (NWHYX) | A | Dividend | J | T | Buy | 01/11/19 | J | | |
| 523. Oppenheimer International BD Y (OIBYX) (Y) | | | | | | | | | |
| 524. Oppenheimer Intl Growth Y (OIGYX) (Y) | | | | | | | | | |
| 525. Royce Total Return Inv. (RYTRX) | B | Dividend | K | T | Buy (add'l) | 01/11/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 05/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 526. | | | | | Buy<br>(add'l) | 04/05/19 | J | | |
| 527. | | | | | Buy<br>(add'l) | 06/25/19 | J | | |
| 528.  T Rowe Price High Yield (PRHYX) | A | Dividend | J | T | Buy<br>(add'l) | 01/11/19 | J | | |
| 529. | | | | | Sold<br>(part) | 04/05/19 | J | A | |
| 530.  Wells Fargo High Income Inv. (EKHIX) | A | Dividend | J | T | Buy<br>(add'l) | 01/11/19 | J | | |
| 531. | | | | | Sold<br>(part) | 04/05/19 | J | A | |
| 532.  Western Ast Int Term Muni (SBTYX) | B | Dividend | L | T | Buy<br>(add'l) | 04/05/19 | J | | |
| 533. | | | | | Buy<br>(add'l) | 06/25/19 | J | | |
| 534. | | | | | Buy<br>(add'l) | 12/31/19 | J | | |
| 535.  Brokerage Account #16 (H) | | | | | | | | | |
| 536.  Dish Network Corp Class A (DISH) | | None | K | T | | | | | |
| 537.  Cohen & Steers CEF Opp Fd. Inc. (FOF) | B | Dividend | K | T | | | | | |
| 538.  Goldman Sachs Step-Up Callable Note<br>(38148TNJ4) | A | Interest | K | T | | | | | |
| 539.  Skybridge Multi-Advisor Hedge Fund<br>(CAI01) | | None | L | T | | | | | |
| 540.  DELAWARE LIFE SUNLIFE MASTERS<br>FLEX VARIABLE ANNUITY (H) | | | | | | | | | |
| 541.  FIDELITY VIP CONTRAFUND-SERV | | None | K | T | | | | | |
| 542.  MFS VIT I RESEARCH SERIES SERV | | None | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 05/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 543. FRANKLIN MUTUAL SHARES VIP FUND | | None | K | T | | | | | |
| 544. FIRST EAGLE OVERSEAS VARIABLE | | None | K | T | | | | | |
| 545. PIMCO VIT TOTAL RETURN BOND PO | | None | J | T | | | | | |
| 546. NATIONWIDE LIFE BOA ACHIEVER L SHARE VARIABLE ANNUITY (H) | | | | | | | | | |
| 547. NEUBER AMT SHORT DURATION BOND I | | None | K | T | | | | | |
| 548. MFS VIT VALUE SER SVC | | None | J | T | | | | | |
| 549. NW NVIT VW FD II | | None | J | T | | | | | |
| 550. OPP MN ST VA SVC | | None | J | T | | | | | |
| 551. FIDVIP INVMT GRD BD SVC 2 | | None | K | T | | | | | |
| 552. NW NVIT GOV'T BOND I | | None | K | T | | | | | |
| 553. PIMCO VIT LOW DURATION ADV | | None | J | T | | | | | |
| 554. NW NVIT MULTI MANAGER MIDCAP GROWTH II | | None | J | T | | | | | |
| 555. MULTI MANAGER MIDCAP VALUE II | | None | J | T | | | | | |
| 556. NW NVIT GOV MNY MKT I | | None | J | T | | | | | |
| 557. NW NVIT GOV MULTI MANAGER INT'L GROWTH II | | None | J | T | | | | | |
| 558. NW NVIT GOV MULTI MANAGER LARGE CAP GROWTH II | | None | J | T | | | | | |
| 559. NW NEUBER NVIT SOC RESP II | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wheeler, Thomas C.** | 05/11/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 560. NW TMP NVIT INTL VAL I | | None | J | T | | | | | |
| 561. NW NVIT COR BD II | | None | K | T | | | | | |
| 562. Brokerage Account #17 (H) | | | | | | | | | |
| 563. Abbvie Common Stock (ABBV) | A | Dividend | J | T | Sold (part) | 03/18/19 | J | A | |
| 564. Align Technology Common Stock (ALGN) | | None | J | T | | | | | |
| 565. Alphabet Inc Cl A Common Stock (GOOGL) | | None | J | T | | | | | |
| 566. Alphabet Inc Cl C Common Stock (GOOG) | | None | J | T | | | | | |
| 567. Amazon Com. Inc. (AMZN) | | None | J | T | | | | | |
| 568. Amgen Inc (AMGN) | A | Dividend | J | T | | | | | |
| 569. Apple Inc. Common Stock (AAPL) | A | Dividend | J | T | Sold (part) | 01/24/19 | J | | |
| 570. Booking Holdings (BKNG) former Priceline Com. Inc. Common Stock (PCLN) | | None | | | Sold (part) | 01/24/19 | J | | |
| 571. | | | | | Sold | 03/18/19 | J | C | |
| 572. Centene Corp (CNC) | | None | J | T | | | | | |
| 573. Cincinnati Financial. Corp. Common Stock (CINF) | A | Dividend | J | T | | | | | |
| 574. Citigroup Common Stock (C) | A | Dividend | J | T | | | | | |
| 575. CME Group Common Stock (CME) | A | Dividend | J | T | | | | | |
| 576. EOG Resources Common Stock (EOG) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 05/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 577. Ecolab Inc. Common Stock (ECL) | A | Dividend | J | T | | | | | |
| 578. Edwards Lifesciences Corp (EW) | | None | J | T | | | | | |
| 579. Electronic Arts Common Stock (EA) | | None | J | T | Sold (part) | 03/18/19 | J | B | |
| 580. Emerson Electric Co. Common Stock (EMR) | A | Dividend | J | T | | | | | |
| 581. Exxon Mobile Corp. Common Stock (XOM) | A | Dividend | J | T | | | | | |
| 582. Facebook Common Stock (FB) | | None | J | T | | | | | |
| 583. Fidelity National Information Services, Inc. (FIS) | A | Dividend | J | T | | | | | |
| 584. Five Below (FIVE) | | None | J | T | Buy | 03/18/19 | J | | |
| 585. Glenmeade Small Cap Equity Instl (GTSCX) | A | Dividend | J | T | | | | | |
| 586. Intuit Common Stock (INTU) | A | Dividend | J | T | | | | | |
| 587. JP Morgan Chase Co. Common Stock (JPM) | A | Dividend | J | T | | | | | |
| 588. Johnson & Johnson Common Stock (JNJ) | A | Dividend | J | T | | | | | |
| 589. Lincoln Nat'l Corp. Common Stock (LNC) | A | Dividend | J | T | | | | | |
| 590. Lowe's Common Stock (LOW) | A | Dividend | J | T | | | | | |
| 591. Mastercard (MA) | A | Dividend | J | T | | | | | |
| 592. McDonald's Corp. Common Stock (MCD) | A | Dividend | J | T | | | | | |
| 593. Microsoft Common Stock (MSFT) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 05/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 594. Mohawk Indus. Common Stock (MHK) | | None | | | Sold | 03/18/19 | J | A | |
| 595. Nextera Energy Inc. Common Stock (NEE) | A | Dividend | J | T | | | | | |
| 596. PNC Financial Services Group Inc. (PNC) | A | Dividend | | | Sold | 01/24/19 | J | A | |
| 597. Parsley Energy Inc (PE) | A | Dividend | J | T | | | | | |
| 598. Paypal Holdings Inc (PYPL) | | None | J | T | | | | | |
| 599. Philip Morris Intl. Common Stock (PM) | A | Dividend | J | T | | | | | |
| 600. Pioneer Natural Resources Common Stock (PXD) | A | Dividend | J | T | | | | | |
| 601. Procter & Gamble Inc. Common Stock (PG) | A | Dividend | J | T | | | | | |
| 602. Prudential Financial Inc. Common Stock (PRU) | | None | | | Sold | 01/24/19 | J | B | |
| 603. Schwab Charles Corp (SCHW) | A | Dividend | J | T | Buy | 01/24/19 | J | | |
| 604. Southwest Airlines Common Stock (LUV) | A | Dividend | J | T | | | | | |
| 605. Splunk Inc (SPLK) | | None | J | T | Buy | 03/18/19 | J | | |
| 606. T. Rowe Price Mid Cap Growth Fund (RPMGX) | A | Dividend | K | T | Buy (add'l) | 06/28/19 | J | | |
| 607. | | | | | Buy (add'l) | 12/16/19 | J | | |
| 608. Texas instruments Inc (TXN) | A | Dividend | J | T | | | | | |
| 609. Thermo Fisher Scientific Inc. Common Stock (TMO) | A | Dividend | J | T | | | | | |
| 610. United Health Group, Inc. Common Stock (UNH) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 05/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 611. Visa Inc. CL A Common Stock (V) | A | Dividend | J | T | | | | | |
| 612. Walmart Inc. (WMT) | A | Dividend | J | T | Buy | 03/18/19 | J | | |
| 613. Walt Disney Common Stock (DIS) | A | Dividend | J | T | | | | | |
| 614. Wells Fargo Special Mid Cap Value (WFMIX) | A | Dividend | K | T | Sold (part) | 01/23/19 | J | | |
| 615. | | | | | Sold (part) | 06/28/19 | J | A | |
| 616. 3M Co. Common Stock (MMM) | A | Dividend | J | T | | | | | |
| 617. Accenture PLC Cl A Common Stock (ACN) | A | Dividend | J | T | | | | | |
| 618. Enbridge Inc. (ENB) | A | Dividend | J | T | Buy | 01/24/19 | J | | |
| 619. Chubb Ltd. (CB) | A | Dividend | J | T | | | | | |
| 620. Harding Loevner International Equity (HLMIS) | A | Dividend | K | T | | | | | |
| 621. Ingersoll Rand PLC (IR) | A | Dividend | J | T | | | | | |
| 622. Linde Plc (LIN) | A | Dividend | J | T | | | | | |
| 623. Magna International (MGA) | A | Dividend | J | T | | | | | |
| 624. T. Rowe Prive International Value Equity Fund Int'l (TRIGX) | A | Dividend | K | T | | | | | |
| 625. Baron Emerging Mkts. Fd. (BEXIX) | A | Dividend | J | T | | | | | |
| 626. Causeway Emerging Mkts Fund (CEMIX) | A | Dividend | J | T | | | | | |
| 627. AQR Long/Short Equity Fd (QLEIX) | | None | J | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 05/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 628.  Robeco Boston Partners Long/Short Fd (BPIRX) | A | Dividend | J | T | | | | | |
| 629.  Nuveen Inter. Dur. Mun. Fund (NUVBX) | B | Dividend | L | T | Buy (add'l) | 01/23/19 | J | | |
| 630.  Principal Preferred Sec. Ins (PPSIX) | A | Dividend | J | T | Buy (add'l) | 06/28/19 | J | | |
| 631.  Pgim Sht Dur High Yld Inc Cl R6 (HYSQX) | A | Dividend | K | T | Buy | 06/28/19 | J | | |
| 632.  Tcw Emerging Markets Income Fund (TGEIX) | A | Dividend | J | T | Buy | 06/28/19 | J | | |
| 633.  Federated Inst. High Yield Bond Fd (FIHBX) | A | Dividend | | | Sold | 06/28/19 | J | | |
| 634.  Mainstay Floating Rate Fund (MXFIX) | A | Dividend | | | Sold (part) | 01/23/19 | J | | |
| 635. | | | | | Sold | 06/28/19 | K | | |
| 636.  Loomis Sayles Strategic Alpha Fund Y (LASYX) | A | Dividend | K | T | | | | | |
| 637.  American Tower Common Stock (AMT) | A | Dividend | J | T | | | | | |
| 638.  Nuveen Real Estate Security Class I (FARCX) | A | Dividend | J | T | Sold (part) | 06/28/19 | J | | |
| 639. | | | | | Sold (part) | 06/28/19 | J | A | |
| 640.  Salient Mlp Energy Infrastructure I (SMLPX) | A | Dividend | K | T | Buy | 06/28/19 | K | | |
| 641.  Principal G I R E Sec Ins (POSIX) | A | Dividend | | | Sold | 06/28/19 | J | A | |
| 642.  Invesco Bal Risk Commodity Fd (BRCYX) | | None | | | Sold | 06/28/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Potomac Cliffs at Watson House Real Estate Partnership, purchased on 4/20/1987 at cost of $26,150 (1/2-share).

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

The ticker symbol for U.S. Steel is (X).

Service PPTYS Tr Sh Ben Int (SVC) was Hospitality Properties Trust Common Stock (HPT).

Viacomcbs Inc CL B (VIAC) was CBS Corp New Cl B Shares (CBS).

Dupot De Nemours Inc. (DD) was DowDuPont Inc. Common Stock (DWDP).

L3Harris Technologies Inc. (LHX) was L3 Technologies, Inc. (LLL).

BNY Mellon AMT-Free Mun Bond Fd Class A (DMUAX) was Dreyfus AMT-Free Mun Bond Fd Class A (DMUAX).

Invesco Opp Intl Growth Y (OIGYX) was Oppenheimer Int'l Growth (OIGYX).

PGIM Jennison Mid Cap GRW Z (PEGZX) was Prudential Jennison MD Cap. (PEGZX).

Blackstone Group Inc CL A (BX) was Blackstone Group Common Stock (BX).

VII Line 308 of the 2018 Report (XL Group Ltd) is not reportable in 2019. There is not a corresponding reportable transaction.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas C. Wheeler**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544